IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIAM L. KEY and MELANIE KEY**                         **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO. 3:16-CV-81-GHD-SAA**

**BRIDGESTONE/FIRESTONE, INC.;
BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC; BRIDGESTONE/
FIRESTONE AMERICAS HOLDING,
INC.; AND DOES 1-10**                         **DEFENDANTS**

## ORDER

Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone") requests a temporary stay of their time to respond to plaintiffs' motion to amend complaint, which was filed in state court before the case was removed to this court. Docket 6. Plaintiffs have no objection to Bridgestone's motion.

16(b)(3)(D) of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT OF MISSISSIPPI AND THE SOUTHERN DISTRICT OF MISSISSIPPI states that "in any case that has been removed from state court, the moving party must, within fourteen days *after* the Case Management Conference, file as separate docket items any motions that were filed in state court..." (emphasis added). The Case Management Conference in this case is set for May 16, 2016. Docket 4. Pursuant to 16(b)(3)(D), there is no current briefing schedule regarding plaintiffs' motion to amend complaint, and until such motion is separately filed on CM/ECF within the time allowed under 16(b)(3)(D), defendants are under no obligation to respond. Accordingly, it is

1

**ORDERED**

that Bridgestone's motion is DISMISSED AS MOOT.

THIS the 2nd day of May, 2016.

/s/ S. Allan Alexander
UNITED STATES MAGISTRATE JUDGE