IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WILLIAM L. KEY AND MELANIE KEY                                   PLAINTIFFS

v.                                                               CAUSE NO. 3:16-CV-81-GHD-SAA

BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC and GLOBAL
RENTAL COMPANY, INC.                                             DEFENDANTS

## ORDER STAYING CASE PENDING RULING ON MOTION TO REMAND

Plaintiffs have filed a motion to remand to state court. Docket 43. Under Local Uniform Civil Rule 16(b)(1)(B) "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions." Consequently, this case, as well as all discovery, is STAYED pending a ruling on the motion to remand. The parties may continue briefing the remand issue, if so desired. Counsel are directed to notify the undersigned within seven days of a ruling on the motion to remand.

**SO ORDERED**, this the 9th day of August, 2016.

                                                              s/ S. Allan Alexander
                                                             UNITED STATES MAGISTRATE JUDGE